IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>Defendants. | No. CV 20-22-H-SEH<br><br>ORDER |

On April 15, 2020, Defendant The Aliera Companies, Inc. ("Aliera") filed its Unopposed Motion for Extension of Time to Appear or Answer Plaintiffs' First Amended Complaint.[1]

ORDERED:

1. The Aliera Companies, Inc.'s Unopposed Motion for Extension of Time to Appear or Answer Plaintiffs' First Amended Complaint[2] is GRANTED.

---

[1] Doc. 10.

[2] Doc. 10.

2.　Aliera shall have to and including May 6, 2020, to file an answer or other appropriate responsive pleading to the First Amended Complaint and Demand for Jury Trial.[3]

DATED this 15th day of April, 2020.

SAM E. HADDON
United States District Judge

---

[3] Doc. 4.