# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>           Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>           Defendants. | No. CV 20-22-H-SEH<br><br>ORDER |

On May 6, 2020, Defendant The Aliera Companies, Inc. ("Aliera") filed a Motion for Admission Pro Hac Vice for Sarah R. Craig[1] and Motion for Admission Pro Hac Vice for Elizabeth B. Shirley.[2] Nothing in the motions indicate compliance with L.R. 7.1(c)(1) and (2).

---

[1] Doc. 12.

[2] Doc. 13.

ORDERED:

The Motion for Admission Pro Hac Vice for Sarah R. Craig[3] and Motion for Admission Pro Hac Vice for Elizabeth B. Shirley[4] are DENIED without prejudice for failure to comply with L.R. 7.1(c)(1) and (2). Defendant Aliera may resubmit the motions in proper form.

DATED this 8th day of May, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 12.

[4] Doc. 13.