IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER, <br><br> Plaintiffs, <br><br> v. <br><br> THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10, <br><br> Defendants. | No. CV 20-22-H-SEH <br><br> ORDER |

On May 12, 2020, Defendant The Aliera Companies, Inc. ("Aliera") filed two motions denominated as "unopposed": (1) Unopposed Motion for Admission Pro Hac Vice for Sarah R. Craig,[1] and (2) Unopposed Motion for Admission Pro Hac Vice for Elizabeth B. Shirley.[2] Both declarations fail to comply with L.R. 83.1(d)(3).[3]

---

[1] Doc. 21.

[2] Doc. 22.

[3] *See* Docs. 21-1 and 22-1.

ORDERED:

1. The Unopposed Motion for Admission Pro Hac Vice for Sarah R. Craig[4] is DENIED for failure to comply with L.R. 83.1(d)(3)(A) and (D).

2. The Unopposed Motion for Admission Pro Hac Vice for Elizabeth B. Shirley[5] is DENIED for failure to comply with L.R. 83.1(d)(3)(A).

Defendant Aliera may, upon showing of good cause, resubmit the motions in proper form.

DATED this 13th day of May, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 21.

[5] Doc. 22.