# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER, <br><br> Plaintiffs, <br><br> v. <br><br> THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10, <br><br> Defendants. | No. CV 20-22-H-SEH <br><br> **ORDER** |

After having twice failed to submit motions for *pro hac vice* admission in compliance with the rules of this court,[1] on May 20, 2020, Defendant The Aliera Companies, Inc. ("Aliera") again moved for admission of Sarah R. Craig, Esq., of Burr & Forman, LLP, Tampa, Florida, and Elizabeth B. Shirley, Esq., of Burr & Forman, LLP, Birmingham, Alabama, to appear *pro hac vice* in this case with Stefan T. Wall, Esq., of Wall, McLean & Gallagher, PLLC, Helena, Montana, to act as local counsel. The applications are in compliance with L.R. 83.1(d).

---

[1] *See* Docs. 20 and 23.

ORDERED:

The Second Unopposed Motion for Admission *Pro Hac Vice* for Sarah R. Craig[2] and the Second Unopposed Motion for Admission *Pro Hac Vice* for Elizabeth B. Shirley[3] are GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead counsel or as co-lead counsel;

2. Either Ms. Craig or Ms. Shirley, but not both, may act as co-lead counsel;

2. Ms. Craig and Ms. Shirley must each do her own work. Each must do her own writing, sign her own pleadings, motions and briefs, and, if designated co-lead counsel in the acknowledgment and acceptance of her admission required below, must appear and participate personally in all proceedings before this Court;

3. Local counsel must also sign all such pleadings, motions, briefs and other documents served or filed.

Admission is personal to Ms. Craig and Ms. Shirley; it is not an admission of the Burr & Forman law firm.

///

///

---

[2] Doc. 26.

[3] Doc. 27.

FURTHER ORDERED:

This Order will be withdrawn unless Ms. Craig and Ms. Shirley, within 15 days from the date of this Order, each files an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 22nd day of May, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge