# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>Defendants. | No. CV 20-22-H-SEH<br><br>**ORDER** |

Plaintiffs have moved to strike "new arguments in the reply brief of Defendant" the Aliera Companies, Inc.[1] Nothing in the motion indicates compliance with L.R. 7.1(c)(1).

ORDERED:

Plaintiffs' Motion to Strike New Arguments Raised in Aliera's Reply Brief[2]

---

[1] Doc. 38.

[2] Doc. 38.

is DENIED without prejudice for failure to comply with L.R. 7.1(c)(1). Plaintiffs may resubmit the motion in proper form.

DATED this 24th day of June, 2020.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge