# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>Defendants. | No. CV 20-22-H-SEH<br><br>**ORDER** |

Defendant Trinity Healthshare, Inc's and the Aliera Companies, Inc's Joint Motion for Leave to Respond to Plaintiffs' Notice of Supplemental Authority, filed June 29, 2020,[1] *inter alia*, recites "counsel for Defendants conferred with counsel for Plaintiffs concerning the relief requested in this motion. Plaintiffs' counsel stated that Plaintiffs do not take a position as to Defendants' filing of a

---

[1] Doc. 44.

response."[2]

If the Plaintiffs dispute the validity of the motion, they should so state and support its position with reasons and relevant authority. If they concede the motion is well-taken, they have the obligation to say so.

ORDERED:

Plaintiffs shall forthwith file a response addressing the merits of the motion.

DATED this 6th day of July, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 44 at 3.