IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiff,<br><br>v.<br><br>THE ALIERA COMPANIES, INC.;TRINITY HEALTHSHARE; TIMOTHY MOSES; SHELLEY STELLE; CHASE MOSES and DOES 1-10,<br><br>Defendants. | No. CV 20-22-H-SEH<br><br>ORDER |

On August 18, 2020, Defendant Trinity Healthshare, Inc. moved for admission of Jeffrey R. Baxter, Esq., ("Baxter") and Jacqueline T. Menk, Esq., ("Menk") of Baker and Hostetler, LLP, Atlanta, Georgia, to appear *pro hac vice* in this case with Nathan A. Schacht, Esq., of Baker and Hostetler, LLP, Denver, Colorado, to act as local counsel. The applications are in compliance with L.R. 83.1(d).

ORDERED:

Defendant Trinity Healtshare, Inc.'s Unopposed Motions for Admission of Jeffrey R. Baxter and Jacqueline T. Menk *Pro Hac Vice*[1] is GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead counsel or as co-lead counsel;

2. Either Mr. Baxter or Ms. Menk, but not both, may act as co-lead counsel;

3. Mr. Baxter and Ms. Menk must each do his or her own work. Each must do his or her own writing, sign his or her own pleadings, motions and briefs, and, if one is designated co-lead counsel in the acknowledgment and acceptance of his or her admission required below, must appear and participate personally in all proceedings before this Court;

4. Local counsel must also sign all such pleadings, motions, briefs and other documents served or filed.

5. Admission is personal to Mr. Baxter and Ms. Menk; it is not an admission of Baker and Hostetler law firm.

---

[1] *See* Docs. 60 and 61.

FURTHER ORDERED:

This Order will be withdrawn unless Mr. Baxter and Ms. Menk, within fifteen (15) days from the date of this Order, file an acknowledgment and acceptance of his or her admission under the terms set forth above.

DATED this 18th day of August, 2020.

*Sam E Haddon*
SAM E. HADDON
United States District Court