# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>     Plaintiff,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY MOSES, CHASE MOSES, and DOES 1-10,<br><br>     Defendant. | No. CV-20-22-H-SEH<br><br>ORDER |

On September 2, 2020, the Court conducted a status hearing on the record at the Paul G. Hatfield Courthouse, Helena, Montana.

ORDERED:

On or before **September 25, 2020,** each party shall file and serve copies of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support

its claims or defenses or that it may offer into evidence at trial. Fed. R. Civ. P. 26(a)(1)(A).

DATED this 4th day of September, 2020.

*[signature]*
SAM E. HADDON
United States District Judge