IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY MOSES, CHASE MOSES, and DOES 1-10,<br><br>　　　　　Defendants. | No. CV-20-22-H-SEH<br><br>ORDER |

　　　　On September 8, 2020, Defendant Chase Moses moved to Compel Arbitration,[1] incorporating the arguments raised by Defendants Aliera Companies and Trinity Healthshare in earlier motions to compel arbitration.[2]

　　　　The Court entered two orders on September 4, 2020, which established a discovery schedule and other disclosure deadlines pertaining to pending motions

---

[1] Doc. 86.

[2] *See* Docs. 14, 15, 17, and 18.

to compel arbitration.[3]

ORDERED:

1. Defendant Chase Moses shall comply with all dates and deadlines established by the scheduling order of September 4, 2020,[4] except that he is accorded to and including October 6, 2020, to file initial disclosures required by Paragraph 2 of the Order of September 4, 2020.[5]

DATED this 16th day of September, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Docs. 81 and 82.

[4] Doc. 81.

[5] Doc. 82.