IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY MOSES, CHASE MOSES, and DOES 1-10,<br><br>　　　　　Defendants. | No. CV-20-22-H-SEH<br><br>ORDER |

On June 3, 2020, Defendant The Aliera Companies, Inc. ("Aliera") filed a Motion to Compel Arbitration.[1] After the motion was fully briefed[2], Plaintiffs moved to strike[3] what are alleged to be new arguments in Aliera's reply brief.[4]

\ \ \

---

[1] Doc. 14.

[2] Docs. 32 and 36.

[3] *See* Doc. 42.

[4] *See* Doc. 36.

ORDERED:

1. Plaintiff's Motion to Strike New Arguments Raised in Aliera's Reply Brief[5] is DENIED.

DATED this 18th day of September, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[5] Doc. 42.