IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>Defendants. | No. CV-20-22-H-SEH<br><br>ORDER |

ORDERED:

Plaintiff's Motion for Extension of Time to Perfect Service on Shelley Steele[1] is GRANTED. Plaintiff is granted to and including December 4, 2020, to effect service on Defendant Shelley Steele.

---

[1] Doc. 113.

FURTHER ORDERED:

Shelley Steele's Motion to Dismiss for Insufficient Service and Lack of Personal Jurisdiction[2] is DENIED WITHOUT PREJUDICE to renewal upon service of process effected upon Defendant Shelley Steele.

DATED this 9th day of November, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 89.