IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>    Defendants. | No. CV-20-22-H-SEH<br><br>ORDER |

   On November 10, 2020, Defendant Timothy Moses moved to dismiss for lack of personal jurisdiction (Fed. R. Civ. P. 12(b)(2)).[1]

ORDERED:

The motion is dismissed for failure to comply with L.R. 7.1(c)(1). It may be

---

[1] See Doc. 115.

resubmitted in proper form.

DATED this 12th day of November, 2020.

SAM E. HADDON
United States District Judge