IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>Defendants. | Cause No. 6:20-cv-00022-SEH<br><br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

Plaintiffs have moved the Court for an extension of time to respond to Defendants' Motion for Protective Order (Doc. 123). Having read Plaintiffs' motion, there being no objection from Defendants, and finding good cause therefor,

IT IS HEREBY ORDERED that Plaintiffs' response brief to Defendants' Motion for Protective Order shall be filed on or before December 22, 2020.

Dated this 14th day of December, 2020.

SAM E. HADDON
United States District Judge