IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>  Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>  Defendants. | No. CV-20-22-H-SEH<br><br>ORDER |

A hearing on the pending Motion for Protective Order is set for 9:00 a.m. on January 14, 2021.[1]

Local counsel for Trinity Healthshare, Nathan A. Schacht, has requested leave to appear at the hearing telephonically.[2]

A separate motion to appear telephonically at the hearing was filed on January 11, 2021, by Sarah R. Craig, one of the *pro hac vice* counsel for the Aliera

---

[1] *See* Docs. 123, 135, and 137.

[2] *See* Doc. 138.

Companies, Inc.[3]

The significance of issues to be considered at the hearing warrants the personal appearance of all local counsel and of all *pro hac vice* counsel who are expected to address or will address the Court at the hearing.

ORDERED:

1. All local counsel and all *pro hac vice* counsel expected to address or who will address the Court at the hearing are to be present in person on January 14, 2021.

2. The motion of local counsel Nathan A. Schacht to appear telephonically is DENIED.[4]

3. Sarah R. Craig may attend the hearing telephonically if she is not expected to address and will not address the Court at the hearing.

DATED this 11th day of January, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] *See* Doc. 141.

[4] *See* Doc. 138.

-2-