# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>Defendants. | No. CV-20-22-H-SEH<br><br>ORDER |

Sarah R. Craig, Esq. ("Craig"), purporting to act as *pro hac vice* counsel for Chase Moses, has filed six separate documents in this case.[1]

Craig was admitted as *pro hac vice* counsel for Co-Defendant Aliera Companies, Inc. on May 22, 2020.[2] She has not been and is not admitted as *pro hac vice* counsel for Chase Moses.

ORDERED:

1. Craig shall have to and including 4:45 p.m. Mountain Standard Time on February 19, 2021, in which to file a motion, and other documents as may be

---

[1] *See* Docs. 69, 84, 85, 86, 87, 118.

[2] *See* Doc. 28.

necessary and appropriate in form and content, and to take all actions required to meet and fully comply, in all respects, with all requirements of Local Rule 83.1(d), to obtain admission as *pro hac vice* counsel for Chase Moses.

FURTHER ORDERED:

2.  If leave to appear by Craig as *pro hac vice* counsel for Chase Moses is not granted by the Court on or before 4:45 p.m. Mountain Standard Time on February 24, 2021, all filings by Craig purported to act or appear on behalf of Chase Moses not signed by local counsel admitted to practice in this Court shall be stricken from the record.

DATED this 10th day of February, 2021.

*Sam E Haddon*
SAM E. HADDON
United States District Judge