# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>Defendants. | No. CV-20-22-H-SEH<br><br>**ORDER** |

On February 9, 2021, Sarah R. Craig, Esq. ("Craig"), purporting to act as *pro hac vice* counsel for Defendant Shelley Steele, filed a document in this case denominated "Motion to Dismiss for Lack of Personal Jurisdiction."[1]

Craig was admitted as *pro hac vice* counsel for Co-Defendant Aliera Companies, Inc. on May 22, 2020.[2] She has not been and is not admitted as *pro hac vice* counsel for Shelley Steele.

ORDERED:

1. Craig shall have to and including 4:45 p.m. Mountain Standard Time

---

[1] *See* Doc. 148.

[2] *See* Doc. 28.

on February 19, 2021, in which to file a motion, and other documents as may be necessary and appropriate in form and content, and to take all actions required to meet and fully comply, in all respects, with all requirements of Local Rule 83.1(d), to obtain admission as *pro hac vice* counsel for Shelley Steele.

FURTHER ORDERED:

2. If leave to appear as *pro hac vice* counsel by Craig for Shelley Steele is not granted by the Court on or before 4:45 p.m. Mountain Standard Time on February 24, 2021, all filings by Craig purported to act or appear on behalf of Shelley Steele shall be stricken from the record.

DATED this 10th day of February, 2021.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge