IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER, <br><br> Plaintiffs, <br><br> vs. <br><br> THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10, <br><br> Defendants. | No. CV 20-22-H-SEH <br><br> ORDER |

The Court conducted a conference call with counsel for Plaintiffs, The Aliera Companies, Inc. ("Aliera") and Trinity Healthshare ("Trinity") on March 22, 2021.

ORDERED:

1. The hearing set for 10:00 a.m. on March 26, 2021, is VACATED and RESET for **April 12, 2021, at 9:00 a.m.** at the **Paul G. Hatfield Federal Courthouse, Helena, Montana.**

2. On or before **4:45 p.m.** on **April 5, 2021,** Plaintiffs, and Aliera, and Trinity each shall file and serve on all other parties copies of all documents the

party intends to offer as evidence at the April 12, 2021, hearing. Documents previously described and of record may be incorporated by reference provided the reference is sufficient to permit the referenced document to be readily identified and located by Docket # in the record.

3. Each document produced and to be offered into evidence at the hearing shall be identified and paginated with an extended tab showing (a) the identify of the offering party and (b) the number of the exhibit. Plaintiffs' exhibits shall be numbered 1-500. Defendants' exhibits shall be numbered 501 and up.

4. Each party shall have to and including **4:45 p.m.** on **Friday, April 9, 2021,** in which to file and serve objections to any exhibit to be offered. Objections must be specifically stated. Objections not stated are waived.[1]

DATED this 22nd day of March, 2021.

SAM E. HADDON
United States District Judge

---

[1] *See* L.R. 16(b)(5).