IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>Defendants. | No. CV 20-22-H-SEH<br><br>ORDER |

On April 9, 2021, The Aliera Companies, Inc. and Trinity Healthshare filed a joint Motion in Limine.[1] The motion did not comply with Local Rule 7.1(c)(1).

ORDERED:

The Motion in Limine is DENIED WITHOUT PREJUDICE.[2] Defendants The Aliera Companies, Inc. and Trinity Healthshare may resubmit the motion in

---

[1] *See* Doc. 184.

[2] *See* Doc. 184.

proper form.

DATED this 13th day of April, 2021.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge