IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>Defendants. | No. CV 20-22-H-SEH<br><br>ORDER |

On April 14, 2021, Plaintiffs, The Aliera Companies, Inc., and Trinity Healthshare filed a Combined Unopposed Motion to Amend Order on Filing & Service of Proposed Findings of Fact, Conclusions of Law & Briefs in Support.[1]

ORDERED:

1. The Combined Unopposed Motion to Amend Order on Filing & Service of Proposed Findings of Fact, Conclusions of Law & Briefs in Support is GRANTED.[2]

---

[1] *See* Doc. 200.

[2] *See* Doc. 200.

2. Plaintiffs and Defendants each shall file, and serve on other parties, Proposed Findings of Fact and Conclusions of Law, each accompanied by a supporting brief, on or before **4:45 p.m.** on **May 7, 2021**.

3. Response briefs are to be filed and served on or before **4:45 p.m.** on **May 21, 2021.**

4. Issues appropriate for address and resolution by the Court will be deemed submitted for decision upon filing of response briefs.

DATED this 15th day of April, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge