Nathan A. Schacht, Montana Bar No. 46224074
**BAKER & HOSTETLER LLP**
1801 California St., Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600
Email: nschacht@bakerlaw.com

Jeffrey R. Baxter (*Admitted Pro Hac Vice*)
**BAKER & HOSTETLER, LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309-7676
Telephone: 404.459.0050
Email: jbaxter@bakerlaw.com

Jaqueline T. Menk (*Admitted Pro Hac Vice*)
**BAKER & HOSTETLER, LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309-7676
Telephone: 404.459.0050
Email: jmenk@bakerlaw.com

*ATTORNEYS FOR DEFENDANT TRINITY HEALTHSHARE, INC.*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES; SHELLEY STELLE, CHASE MOSES and DOES 1-10,<br><br>Defendants. | CASE NO.: 20-CV-00022-SEH<br><br>**DEFENDANT TRINITY HEALTHSHARE, INC.'S SUGGESTION OF BANKRUPTCY** |

Defendant Trinity Healthshare, Inc. *d/b/a* Sharity Ministries, Inc. ("Trinity"), by and through its undersigned counsel, states as follows:

1. Trinity has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the District of Delaware, which bears the case number 21-11001.

2. Relief was ordered on July 8, 2021.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

WHEREFORE, Trinity suggests that this action against Trinity has been stayed by the operation of 11 U.S.C. § 362.

Dated this 9th day of July 2021.

**BAKER HOSTETLER, LLP**

/s/ *Nathan A. Schacht*
Nathan A. Schacht, Esq.
1801 California Street, Suite 4400
Denver, CO 80202-2662
(303) 764-4029
(303) 861-7805 - facsimile
nschacht@bakerlaw.com

Jeffrey R. Baxter (*Admitted Pro Hac Vice*)
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309-7676
Telephone:  404.459.0050
Email: jbaxter@bakerlaw.com

>Jaqueline T. Menk (*Admitted Pro Hac Vice*)
>1170 Peachtree Street, Suite 2400
>Atlanta, GA 30309-7676
>Telephone: 404.459.0050
>Email: jmenk@bakerlaw.com
>*Attorney for Trinity Healthshare, Inc.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a true and correct copy of the foregoing **DEFENDANT TRINITY HEALTHSHARE, INC.'S SUGGESTION OF BANKRUPTCY** to the following and all counsel of record via the court's EM/ECF system on July 9, 2021:

John M. Morrison
MORRISON SHERWOOD WILSON DEOLA, PLLP
401 North Last Chance Gulch
P.O. Box 557
Helena, Montana 59624-0557
Email: john@mswdlaw.com

Stefan T. Wall
WALL, McLEAN & GALLAGHER, PLLC
40 West Lawrence, Suite B
PO Box 1713
Helena, MT 59624
Email: stefan@mlfpllc.com

| Elizabeth B. Shirley<br>BURR & FORMAN<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>Email: bshirley@burr.com | Sarah R. Craig<br>BURR & FORMAN - TAMPA<br>201 North Franklin Street, Suite 3200<br>Tampa, FL 33602<br>Email: scraig@burr.com |
|---|---|

Nathan Bilyeu
Sean Slanger
Jackson Murdo & Grant, P.C.
203 North Ewing
Helena, MT 59601

                                                */s/ Nathan A. Schacht*
                                                Nathan A. Schacht, Esq.