# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>Defendants. | No. CV 20-22-H-SEH<br><br>ORDER |

On July 8, 2021, Sharity Ministries, Inc., *f/k/a* Trinity Healthshare, Inc. ("Sharity"), filed a Voluntary Petition for Bankruptcy under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court of the District of Delaware (Cause No. 21-CV-11011-JTD),[1] triggering the automatic stay provisions of 11 U.S.C. § 362.

ORDERED:

All proceedings in this case are suspended and stayed pending dissolution,

---

[1] Doc. 218; *In re Sharity Ministries, Inc.,* No. 21-bk-11001-JTD (Bankr. D. Del.)

modification, or lifting of the 11 U.S.C. § 362 automatic stay by order of the United States Bankruptcy Court of the District of Delaware.[2]

DATED this 16th day of July, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] 11 U.S.C. § 362; *see In re Miller,* 262 BR 499, 503-504 (9th Cir. BAP 2001); *United States v. Dos Cabezas Corp.*, 995 F.2d 1486, 1491 fn. 3 (9th Cir. 1993).