**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**HELENA DIVISION**

MARIA MOELLER and RON MOELLER,

Plaintiffs,

v.

THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,

Defendants.

No. CV 20-22-H-SEH

**ORDER**

A hearing on Defendant's Counsel's Second Amended Motion to Withdraw as Counsel[1] shall be held at 10:00 a.m. on January 6, 2022, at the Paul G. Hatfield Federal Courthouse, 901 Front Street, Helena, Montana.

DATED this 16th day of December, 2021.

Sam E Haddon

SAM E. HADDON
United States District Court

[1] Doc. 230.

[Page is a reverse/bleed-through image; text is illegible mirror-image of the previous page. Signature visible at lower left.]