|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 17 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MARIA MOELLER; RON MOELLER,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>THE ALIERA COMPANIES, INC.,<br><br>        Defendant-Appellant,<br><br> and<br><br>TRINITY HEALTHSHARE, INC.; et al.,<br><br>        Defendants. | No. 21-35607<br><br>D.C. No. 6:20-cv-00022-SEH<br>District of Montana,<br>Helena<br><br>ORDER |

On October 20, 2021, the court ordered appellant's new counsel, within 28 days, to file a notice of appearance with the court. The order warned appellant that failure to comply would result in dismissal of the appeal. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. 42-1.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

Appellees' motion (Docket Entry No. 17) to dismiss for failure to prosecute is denied as moot.

SSR/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7