# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER, | |
| Plaintiffs, | No. CV 20-22-H-SEH |
| v. | **ORDER** |
| THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10, | |
| Defendants. | |

On December 30, 2021, counsel of record for Defendant Trinity Healthshare, Nathan A. Shacht, Jeffrey R. Baxter, and Jaqueline T. Menk, filed a notice titled "Request for Clarification regarding the Court's December 16, 2021 Order"[1] seeking clarification "as to whether undersigned counsel for Trinity must attend the January 6, 2022 hearing."[2]

---

[1] Doc. 234.

[2] Doc. 234 at 4.

ORDERED

Local counsel for Defendant Trinity Healthshare, Nathan A. Shacht, is expected to be present at the January 6, 2022, hearing.[3]

DATED this 3rd day of January, 2022.

                                                *Sam E. Haddon*
                                                SAM E. HADDON
                                                United States District Court

---

[3] Doc. 231.