IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER, <br><br>                    Plaintiffs, <br><br> vs. <br><br> THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10, <br><br>                    Defendants. | No.  CV 20-22-H-SEH <br><br><br> ORDER |

All proceedings in this case were stayed by this Court's order of July 16, 2021.[1] On January 4, 2023, the Court denied all pending motions without prejudice, subject to renewal, if appropriate.[2]

The stay remains in place.

_____

[1] Doc. 219.

[2] Doc. 238.

**ORDERED:**

1.     Defendant Timothy Moses' Motion to Dismiss for Lack of Personal Jurisdiction[3] is **DENIED WITHOUT PREJUDICE,** subject to renewal, if appropriate, after resolution of the Delaware bankruptcy proceeding.[4]

2.     Plaintiffs' Unopposed Motion for Extension of Time to File a Response to Timothy Moses' Motion to Dismiss for Lack of Personal Jurisdiction[5] is **DENIED AS MOOT.**

DATED this 13th day of February, 2023.

Sam E. Haddon
United States District Court

---

[3] Doc. 240.

[4] Cause No. 21-CV-11011-JTD.

[5] Doc. 242.