IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC.; TRINITY HEALTHSHARE; TIMOTHY MOSES; SHELLEY STEELE; CHASE MOSES; and DOES 1–10,<br>    Defendants. | CV 20-22-BMM-KLD<br><br>ORDER |

Defendants Shelley Steele and Chase Moses move for the admission of Dane Steffenson to practice before this Court in this case with Sean D. Slanger to act as local counsel. Mr. Steffenson's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Dane Steffenson pro hac vice is GRANTED on the condition that Mr. Steffenson shall do his own work. This means that Mr. Steffenson must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Steffenson may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Steffenson.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Steffenson, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 29th day of January, 2024.

Kathleen L. DeSoto
United States Magistrate Judge