IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARIA MOELLER and RON MOELLER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC., TRINITY HEALTHSHARE, TIMOTHY MOSES, SHELLEY STEELE, CHASE MOSES, and DOES 1-10,<br><br>Defendants. | CV 20-22-H-BMM-KLD<br><br>ORDER and<br><br>FINDINGS & RECOMMENDATION |

All proceedings in this case have been stayed since July 2021 by reason of bankruptcy proceedings filed by Defendants The Aliera Companies, Inc. ("Aliera") and Trinity Healthshare[1] in the United States Bankruptcy Court of the District of Delaware. (Doc. 244 at 1). On December 2, 2021, the Delaware Bankruptcy Court issued an Order confirming the Bankruptcy Plan filed by Trinity/Sharity. *In re Sharity Ministries, Inc.,* Case No. 21-11001-TMH, Docs. 264, 299, 343 (Bankr. D.

---

[1] At some point after this action was filed in March 2020, Trinity Healthcare, Inc. changed its name to Sharity Ministries, Inc. (Doc. 245 at 2). The Court will refer to this Defendant interchangeably as Trinity/Sharity.

1

Del.) On August 17, 2023, the Delaware Bankruptcy Court issued an Order confirming the Bankruptcy Plan filed by Aliera. *In re The Aliera Companies Inc.*, Case No. 21-11548-TMH, Docs. 566. 576 (Bankr. D. Del.). On January 29, 2024, all attorneys of record in this matter participated via Zoom in a status conference with the Court to address the appropriate next steps in this litigation. As discussed during the status conference,

IT IS ORDERED that on or before February 23, 2024, Plaintiffs Maria and Ron Moeller and Defendants Timothy Moses, Shelley Steele, and Chad Moses shall file simultaneous briefs, limited to 6500 words each, addressing the issues raised during the status conference. Simultaneous response briefs, limited to 6500 words each, shall be due on or before March 15, 2024.

IT IS FURTHER ORDERED that (1) Elizabeth B. Shirley, Stefan T. Wall, and Sarah R. Craig are granted leave to withdraw as counsel of record for The Aliera Companies, Inc., Shelley Steele, and Chad Moses (See Doc. 230); and (2) Nathan A. Schacht, Jacqueline T. Menk, and Jeffrey R. Baxter are granted leave to withdraw as counsel of record for Defendant Trinity Healthshare.

Additionally, in light of the Delaware Bankruptcy Court's Confirmation Orders,

IT IS RECOMMENDED that Aliera and Trinity/Sharity be DISMISSED as parties to this action.

NOW, THEREFORE, IT IS ORDERED that the Clerk shall serve a copy of the Findings and Recommendation of the United States Magistrate Judge upon the parties. The parties are advised that pursuant to 28 U.S.C. § 636, any objections to the findings and recommendations must be filed with the Clerk of Court and copies served on opposing counsel within fourteen (14) days after entry hereof, or objection is waived.

DATED this 29th day of January, 2024.

Kathleen L. DeSoto
United States Magistrate Judge